UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

QUEEN ESTHER JONES,

        Plaintiff,

-against-

SECRETARY FOR THE DEFENSE
DEPARTMENT, AND DIRECTED AT
THE MANAGEMENT OF THE GLOBAL
POSITIONING SYSTEM,

        Defendant.
-------------------------------------------------X

**Civil Judgment**
08 Civ. 4020 (KMW)

**SCANNED**

    By order dated April 29, 2008, plaintiff was directed to submit an application to proceed *in forma pauperis* within thirty (30) days. Plaintiff has failed to notify the Court of any change of mailing address, nor has she initiated further contact with the Court, written or otherwise. Since plaintiff has failed to submit the requisite form it is,

    ORDERED, ADJUDGED AND DECREED: That the complaint be and is hereby dismissed without prejudice. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith.

                                    */s/ Kimba M. Wood*
                                  KIMBA M. WOOD
                                  Chief Judge

Dated: JUN 0 6 2008
       New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.